MARCH 9, 2004

No. 03–9271 (03A773). BROWN v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

MARCH 17, 2004

No. 03–1166. NATWEST BANK NATIONAL ASSN. v. AFFILIATED FM INSURANCE CO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 03–1244. CHASE MANHATTAN BANK v. AFFILIATED FM INSURANCE CO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

MARCH 18, 2004

No. 02–11309. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Writ of certiorari dismissed under this Court's Rule 46.1.